**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **JAYVON S. GREEN,** | : | |
| **Plaintiff,** | : | |
| v. | : | **CASE NO: 7:26-cv-150–WLS** |
| **STUART C. IRBY COMPANY LLC,** | : | |
| **Defendant.** | : | |

**ORDER**

On May 11, 2026, *pro se* Plaintiff Jayvon S. Green filed a Complaint for Employment Discrimination (Doc. 1) ("Complaint") against Defendant Stuart C. Irby Company LLC. The Record reflects that a Summons was not issued for Defendant until August 12, 2026 (Doc. 3).

Federal Rule of Civil Procedure 4(m) provides that:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

The deadline to serve Defendant was Monday, August 10, 2026. Yet, Plaintiff did not have a Summons issued until August 12, 2026. Thus, Plaintiff has not filed a notice that service of process has been properly executed on Defendant or that service was waived.

Accordingly, the Court **ORDERS** Plaintiff properly serve Defendant pursuant to the Federal Rules of Civil Procedure and file evidence of returned Summons executed or waived no later than **Friday, September 11, 2026**. Plaintiff is hereby noticed that failure to comply with this Order will subject this case to dismissal, without prejudice, and without further notice or proceeding.

**SO ORDERED**, this 12th day of August 2026.

**/s/W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**