**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **JAYVON S. GREEN,** | : | |
| | : | |
| **Plaintiff,** | : | **CASE NO:** |
| **v.** | : | **7:26-cv-150–WLS** |
| **STUART C. IRBY COMPANY, LLC.,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

# ORDER

Before the Court are:

1. *Pro se* Plaintiff's Request for Leave to File an Out-of-Time Response (Doc. 12) ("Plaintiff's Motion for Leave") filed November 13, 2026. Therein, Plaintiff requests that he be permitted to file a late response to Defendant Stuart C. Irby Company, LLC's Partial Motion to Dismiss Plaintiff's Complaint and Motion for More Definite Statement (Doc. 5) ("Partial Motion to Dismiss"); and

2. Defendant Stuart C. Irby Company, LLC's Motion for Leave to File Incorporated Unilateral Motion to Stay Discovery (Doc. 13) ("Defendant's Motion to Stay") filed November 18, 2026. Therein, Defendant requests the Court stay discovery pending the Court's ruling on Defendant's Partial Motion to Dismiss. Defendant represents that its counsel attempted to obtain Plaintiff's consent to Defendant's Motion to Stay but has been unable to do so.

The Parties' time to respond to the opposing Parties' Motion has not expired. The Court notes some discrepancy in statements in the Motions as to whether Plaintiff has obtained counsel. According to Defendant's Motion to Stay, in a November 11, 2026 phone call Plaintiff advised Defendant's counsel that he had retained counsel, but as of November 18, 2026, Plaintiff had not responded to the request of Defendant's counsel to provide contact information for Plaintiff's counsel. (Doc. 13 at 2). In Plaintiff's Motion for Leave filed November 13, 2026, Plaintiff states he has not been able to obtain counsel. (Doc. 12 at 1).

Based on the foregoing, and without any notice of entry of counsel for Plaintiff on the Docket, the Court finds it appropriate to shorten the Parties' time to respond to each other's Motion and for Plaintiff to clarify whether he has or has not retained counsel.

Accordingly, on or before close of business on **Monday, November 30, 2026**, the Parties shall file their response to opposing Party's Motion. In his response, Plaintiff shall notify Defendant and this Court as to whether he has retained counsel and if so, provide such counsel's contact information to Defendant's counsel and such counsel shall file a notice of appearance in this case.

In the event he has been unable to obtain counsel, Plaintiff is urged to obtain and use a copy of the Guide for Self-Represented Litigants which is available on the Court's website at https://www.gamd.uscourts.gov/sites/gamd/files/GuideForSelfRepresentedLitigants.pdf and to familiarize himself with the Federal Rules of Civil Procedure and this Court's Local Rules. If Plaintiff proceeds *pro se* he is responsible for timely taking actions necessary to prosecute his case.

**SO ORDERED**, this 19th day of November 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**